IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DAMON JONES,
ADC #116561                                                                                    PLAINTIFF

v.                                                 4:05CV01086WRW/HLJ

CALVIN KNIGHTON, et al.                                                              DEFENDANTS

ORDER

The Court finds that the interests of justice would be best served by transferring this case

to the United States District Court for the Western District of Arkansas.  Venue would be proper

in the Western District, as defendants are located there and the events complained of allegedly

occurred there.  See 28 U.S.C. § 1406(a).[1]

The Clerk of the Court is directed to immediately TRANSFER PLAINTIFF'S ENTIRE

CASE FILE to the Western District of Arkansas, El Dorado Division, P.O. Box 1566, El Dorado,

AR 71730-1566.

IT IS SO ORDERED this 19th day of August,  2005.


                                                                /s/ Wm. R.Wilson,Jr.
                                                        UNITED STATES DISTRICT JUDGE

---

[1]

"The district court of a district in which is filed a case laying venue in the wrong division or district shall
dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could
have been brought."  Id.